# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                           **CASE NO: 6:23-mj-1167-EJK**

**RAELEIGH ARMSTRONG**

AUSA: Meghan Testerman

Defense Attorney: Michael Ryan, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **February 16, 2023**<br>2:04 P.M.-2:16 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 12 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sonya Williams |

## CLERK'S MINUTES
## INITIAL APPEARANCE

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant, no issues as to competency
Government advises defendant of the count in the Indictment or charge in the Complaint and potential penalties.
Court advises defendant of his rights, including Rule 20 rights.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings
Government oral motion for release- Motion granted- Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.